# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

      Plaintiff,

v.              Case No.: 1:19–cr–00769
              Honorable Andrea R. Wood

Venkatesh Bhogireddy

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 27, 2021:

   MINUTE entry before the Honorable Andrea R. Wood as to Venkatesh Bhogireddy: Jury trial held and completed on 5/27/2021. Verdict reached. The jury finds Defendant Bhogireddy guilty as to Counts 1, 2, 4, 5, and 6 of the superseding indictment and not guilty as to Count 3 of the superseding indictment. Defendant is ordered remanded into the custody of the U.S. Marshal pending sentencing. Defendant's oral motions for judgment of acquittal and a new trial pursuant to Fed. R. Cr. P. 29 and 30 are entered and continued. Telephonic status hearing set for 6/11/2021 at 11:00 AM. The Court will set a briefing schedule on the post–trial motions and a sentencing date at the status hearing. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call–in number is (888) 557–8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.